1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARRION JONES, an individual,<br><br>      Plaintiff,<br><br>  vs.<br><br>SODEXO, INC., a corporation; SODEXO AMERICA, LLC, a corporation; and DOES 1 through 50, inclusive,<br><br>      Defendants. | Case No. 2:24-cv-03288-TLN-JDP<br><br>**ORDER RE JOINT STIPULATION TO SUBMIT ENTIRE ACTION TO ARBITRATION** |

# ORDER

**IT IS HEREBY ORDERED** that, pursuant to the Parties' Stipulation to Submit To Arbitration:

1. The Parties shall submit this action to binding arbitration in accordance with the terms of the Arbitration Agreement;

2. This civil proceeding shall be stayed in its entirety pending completion of the arbitration;

3. All pending dates are hereby vacated; and

4. The Court will retain jurisdiction of this action to enforce this Stipulation to Submit to Arbitration, to enforce any arbitration award, and to perform any other roles as permitted by the Federal Arbitration Act and/or other applicable laws or rules of this Court.

**IT IS ORDERED.**

DATED: December 6, 2024

_____
Troy L. Nunley
Chief United States District Judge